UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHEILA RAHBARI, derivatively on behalf of Nominal Defendant NexCen Brands, Inc.<br><br>   Plaintiff,<br><br>v.<br><br>DAVID OROS, ROBERT W. D'LOREN, JAMES T. BRADY, PAUL CAINE, JACK B. DUNN IV, EDWARD J. MATHIAS, JACK ROVNER, GEORGE STAMAS, and MARVIN TRAUB<br>   Defendants,<br><br>and<br><br>NEXCEN BRANDS, INC.<br><br>   Nominal Defendant | Case No. 08cv5843(NRB)<br>District Judge N. Buchwald<br><br>Rule 7.1 Statement<br><br>ECF CASE<br><br><br><br><br>JURY TRIAL DEMANDED |

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ___Soheila Rahbari___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

  There are no corporate parents, affiliates or subsidiaries.

Date: __6/26/2008__

        William B. Federman, # WF 9124
        FEDERMAN & SHERWOOD
        10205 N. Pennsylvania
        Oklahoma City, OK 73120
        (405) 235-1560/FAX: (405)239-2112
        *wbf@federmanlaw.com*

        Attorney for Plaintiff