UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHEILA RAHBARI, derivatively on behalf of Nominal Defendant NexCen Brands, Inc.<br><br>     Plaintiff,<br> v.<br><br>DAVID OROS, ROBERT W. D'LOREN, JAMES T. BRADY, PAUL CAINE, JACK B. DUNN IV, EDWARD J. MATHIAS, JACK ROVNER, GEORGE STAMAS and MARVIN TRAUB<br><br>     Defendants,<br>and<br><br>NEXCEN BRANDS, INC.,<br><br>     Nominal Defendant. | Civil Action No. 1:08-cv-05843-NRB<br><br>**Notice of Appearance** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendants David S. Oros, James T. Brady, Paul Caine, Jack B. Dunn IV, Edward J. Mathias, Jack Rovner, George Stamas and Marvin Traub and Nominal Defendant NexCen Brands, Inc.  I certify that I am admitted to practice in this court.

Dated: New York, New York
   August 7, 2008

                     Respectfully submitted,

                     WILMER CUTLER PICKERING HALE
                      AND DORR LLP

                     s/ Robert B. McCaw
                     Robert B. McCaw (RM 7427)
                     399 Park Avenue
                     New York, NY 10022
                     (212) 230-8800
                     (212) 230-8888 (fax)