**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOHEILA RAHBARI, derivatively on behalf of Nominal Defendant NexCen Brands, Inc. | Civil Action No. 1:08-cv-05843-NRB |
| Plaintiff, | **Notice of Appearance** |
| v. | |
| DAVID OROS, ROBERT W. D'LOREN, JAMES T. BRADY, PAUL CAINE, JACK B. DUNN IV, EDWARD J. MATHIAS, JACK ROVNER, GEORGE STAMAS and MARVIN TRAUB | |
| Defendants, | |
| and | |
| NEXCEN BRANDS, INC., | |
| Nominal Defendant. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Defendants David S. Oros, James T. Brady, Paul Caine, Jack B. Dunn IV, Edward J. Mathias, Jack Rovner, George Stamas and Marvin Traub and Nominal Defendant NexCen Brands, Inc.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 7, 2008

Respectfully submitted,

WILMER CUTLER PICKERING HALE
 AND DORR LLP

s/ Lori A. Martin
Lori A. Martin (LM 7125)
399 Park Avenue
New York, NY 10022
(212) 230-8800
(212) 230-8888 (fax)