UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHEILA RAHBARI, derivatively on behalf of Nominal Defendant NexCen Brands, Inc.,<br><br>   Plaintiff,<br><br>v.<br><br>DAVID OROS, ROBERT W. D'LOREN, JAMES T. BRADY, PAUL CAINE, JACK B. DUNN IV, EDWARD J. MATHIAS, JACK ROVNER, GEORGE STAMAS, and MARVIN TRAUB,<br><br>   Defendants,<br><br>and<br><br>NEXCEN BRANDS, INC.<br><br>   Nominal Defendant. | Case No. 1:08-CV-5843-NRB<br><br>ECF CASE |

## NOTICE OF APPEAL

Notice is hereby by given that Plaintiff Soheila Rahbari, derivatively on behalf of NexCen Brands, Inc. hereby appeals to the United States Court of Appeals for the Second Circuit, from a Final Judgment and Order granting Defendants' Motion to Dismiss Plaintiff's Amended Complaint, entered July 30, 2010.

Dated: August 30, 2010                           Respectfully submitted,

*William Federman* (signature)

William B. Federman
Federman & Sherwood
10205 North Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

Richard B. Brualdi
The Brualdi Law Firm
29 Broadway, Suite 2400
New York, NY 10016
Telephone: (212) 952-0602
Facsimile: (212) 952-0608

Marc S. Henzel
LAW OFFICES OF MARC HENZEL
273 Montgomery Ave., Suite 202
Bala Cynwyd, PA 19004
Telephone:  (610) 660-8000
Facsimile: (610) 660-8080

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2010, a copy of the within Notice of Appeal was served on the following counsel of record via first class mail.

**Jasmine McGhee**
Wilmer Cutler Pickering Hale & Dorr L.L.P. (DC)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6517
Fax: (202) 663-6363
Email: jasmine.mcghee@wilmerhale.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Martin Deyoung**
Wilmer Cutler Pickering Hale & Dorr L.L.P. (DC)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6785
Fax: (202) 663-6363
Email: kyle.deyoung@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan P. Phair**
Wilmer Cutler Pickering Hale & Dorr L.L.P. (DC)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6812
Fax: (202) 663-6363
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alan Schoenfeld**
Wilmer Hale LLP
399 Park Avenue
New York, NY 10022
(212) 937-7294
Fax: (212) 230-8888
Email: alan.schoenfeld@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**David Michael Burkoff**
Wilmer, Cutler, Hale & Dorr, L.L.P. (NYC)

- 3 -

399 Park Avenue
New York, NY 10022
(212)-230-8800
Fax: (212)-230-8888
Email: david.burkoff@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Lori Ann Martin**
Wilmer, Cutler, Hale & Dorr, L.L.P. (NYC)
399 Park Avenue
New York, NY 10022
(212)-295-6412
Fax: (212)-230-8888
Email: lori.martin@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Gregg M. Mashberg**
Proskauer Rose LLP (New York)
1585 Broadway
New York, NY 10036
(212) 969-3000
Fax: (212) 969-2900
Email: gmashberg@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Hoover Snyder**
Proskauer Rose LLP (New York)
1585 Broadway
New York, NY 10036
(212)-969-3188
Fax: (212)-969-2900
Email: jsnyder@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

***Counsel for Levine Leichtman Capital Partners and Global Franchise Group, LLC***

*[signature]*

William B. Federman