**MANDATE**

08cv5843(NRB)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street. in the City of New York. on the 16th day of September, two thousand and ten.

_____

Soheila Rahbari,

    *Plaintiff-Appellant*,

v.

David Oros, *et al.*,

    *Defendants-Appellees*.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/17/2010

**ORDER**
Docket Number: 10-3499

IT IS HEREBY ORDERED that the Appellant's motion, pursuant to FRAP 42(b), to voluntarily dismiss her appeal with prejudice is GRANTED. Each party shall bear its own costs and fees.

FOR THE COURT,
Catherine O'Hagan Wolfe,
Clerk

*[signature: Catherine O'Hagan Wolfe]*

Judy Pisnanont, Motions Staff Attorney

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

MANDATE ISSUED ON 09/16/2010